IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JESUS SAMANIEGO-GARCIA,<br><br>    Defendants. | 4:13CR3025<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1)   The motion of attorney John Vanderslice to withdraw as counsel of record for defendant Jesus Samaniego-Garcia, (filing no. 33), is granted.

2)   Defendant's newly retained counsel, Jason M. Finch, shall promptly notify the defendant of the entry of this order.

3)   The clerk shall delete John Vanderslice from any future ECF notifications herein.

March 27, 2013.

                      BY THE COURT:

                      *s/ Cheryl R. Zwart*
                      United States Magistrate Judge