IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiffs,<br><br>vs.<br><br>JESUS SAMANIEGO-GARCIA,<br><br>                  Defendants. | 4:13CR3025<br><br>**MEMORANDUM AND ORDER** |

Defendant's retained counsel, Thomas L. Niklitschek, has moved to withdraw. (Filing No. 134). The defendant Jesus Samaniego-Garcia has been granted leave to appeal in forma pauperis and is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) Defense counsel's motion to withdraw, (filing no. 134), is granted. Thomas L. Niklitschek is hereby withdrawn as counsel, and he shall promptly notify the defendant of the entry of this order.

2) Thomas L. Niklitschek shall file a certificate of service indicating that he has provided a copy of this order to Jesus Samaniego-Garcia, along with a description of the method and location where service was made.

3) The clerk shall forward this memorandum and order to the Federal Public Defender.

4) The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. In the event that the Federal Public Defender accepts this appointment, the Federal Public Defender shall forthwith file an appearance in this matter. In the event the Federal Public Defender should decline this appointment for reason of conflict or on the basis of the Criminal Justice Act Plan, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

5) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

October 1, 2013.
                                                    BY THE COURT:
                                                    *s/ Cheryl R. Zwart*
                                                    United States Magistrate Judge